MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Yuhan Liu

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

K Altman Law and Amelia LaFont

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes   ☐ No
*(check one)*

Case: 2:25−cv−11455
Assigned To : McMillion, Brandy R.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/15/2025
Description: CMP YUHAN LIU V K ALTMAN LAW ET AL (SS)

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yuhan liu |
| Street Address | Mingshicaifu B 1401, Dalian, Liaoning, China |
| City and County | Dalian, zhongshan |
| State and Zip Code | Liaoning, 116000 |
| Telephone Number | +86 15840850253 |
| E-mail Address | liu.10412@osu.edu |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | K Altman Law |
| Job or Title (if known) | Law firm – civil rights and education law |
| Street Address | 33233 Woodward Avenue, Suite 200 |
| City and County | Birmingham, Oakland County |
| State and Zip Code | MI 48009 |
| Telephone Number | (248) 540-9940 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Amelia LaFont |
| Job or Title (if known) | Senior Attorney |
| Street Address | 33233 Woodward Avenue, Suite 200 |
| City and County | Birmingham, Oakland County |
| State and Zip Code | MI 48009 |
| Telephone Number | (248) 540-9940 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name                            _____

    Job or Title (if known)       _____

    Street Address              _____

    City and County             _____

    State and Zip Code         _____

    Telephone Number         _____

    E-mail Address (if known)   _____

Defendant No. 4

    Name                            _____

    Job or Title (if known)       _____

    Street Address              _____

    City and County             _____

    State and Zip Code         _____

    Telephone Number         _____

    E-mail Address (if known)   _____

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
This case is brought under 28 U.S.C. § 1332 (diversity of citizenship). The Plaintiff is a citizen and resident of China, while both Defendants are citizens of the United States and residents of Michigan. The amount in controversy exceeds $75,000, exclusive of interest and costs.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Yuhan Liu,
        is a citizen of the State of *(name)* China.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* Amelia LaFont, is a citizen of the
        State of *(name)* Michigan. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* K Altman Law, is incorporated
        under the laws of the State of *(name)* Michigan, and
        has its principal place of business in the State of *(name)*
        Michigan. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, not counting interest and costs, because Plaintiff seeks refund of fees paid ($11,350), compensatory damages for legal harm and emotional distress (estimated at no less than $35,000), and punitive damages for reckless and deceptive conduct (estimated at $30,000 or more), based on Defendants' breach of contract, fiduciary duty, legal malpractice, and fraudulent inducement.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff Yuhan Liu, a student with disabilities seeking legal redress in an education discrimination case, contacted K Altman Law through a referral in early April 2025. The firm represented itself as specializing in student defense and disability rights. Plaintiff entered into an agreement with Defendants and signed an electronic contract outlining a broad range of advocacy and legal services, including communications with the school, appeal preparation, participation in hearings, and the drafting and delivery of demand letters.

2. The written agreement, titled "LOKA Scope of Services," explicitly promised to assign a case manager, investigate the matter, handle communications, write and send appeals, support hearings, and when necessary, send both informal and formal demand letters to the school and its counsel. Attorney Amelia LaFont was identified as the lead attorney.

3. Plaintiff paid Defendants $350 for consultation and $11,000 for representation. No receipt was provided, but Plaintiff has record of the transaction. Plaintiff clearly stated, before signing, that a demand letter must be included in the services. Only after repeated insistence did Defendants agree to include it.

4. On April 30, 2025, Plaintiff formally signed the contract and immediately began urging the Defendants to act according to the promised scope. However, despite these promises, Defendants failed to perform the core agreed services. Attorney LaFont participated in only a single brief meeting, during which she provided general verbal reassurance but no concrete legal advice or planning. All case materials, documentation, and strategy had to be independently prepared by the Plaintiff.

5. Between April 10 and April 30, 2025, Plaintiff repeatedly requested that the firm contact the school, issue a demand letter, or assist with a time-sensitive motion for a Temporary Restraining Order (TRO). Each time, Defendants delayed, diverted the conversation to irrelevant topics, or advised Plaintiff to "avoid fighting" and continue negotiating with the university—even though Plaintiff had already exhausted all internal channels and filed multiple grievances.

6. When Plaintiff made clear on or around May 2, 2025, that she intended to file the TRO immediately unless supported, Defendants responded by refusing to draft any legal filing or even a demand letter. On May 6, 2025, Plaintiff formally requested a refund. Defendants responded that they would consider refunding only $3,000, and only on the condition that Plaintiff sign a non-disparagement agreement. This coercive tactic added to the psychological distress and was a final indication that the Defendants had no intention to fulfill their contractual or professional obligations.

7. As a direct result of Defendants' delays and failure to act, Plaintiff missed the optimal filing window for a TRO, was forced to proceed pro se in federal court, and suffered substantial stress and procedural disadvantage.

8. Defendants' conduct constitutes a breach of contract, a breach of fiduciary duty to zealously advocate for their client, and professional malpractice in knowingly abandoning a vulnerable client during a critical legal juncture.

9. Moreover, Plaintiff reasonably relied on Defendants' initial promises and was induced to pay under the belief that meaningful legal support would be provided. If Defendants had no intention to take action unless coerced, this constitutes fraudulent and/or negligent misrepresentation.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> Plaintiff respectfully requests that this Court:
>
> Order the full refund of all fees paid ($11,350);
>
> Award compensatory damages for financial loss and emotional distress in an amount to be determined at trial, but not less than $30,000;
>
> Award punitive damages for reckless and deceptive conduct in an amount to be determined at trial;
>
> Declare that the Defendants breached their duties and failed to provide contracted services;
>
> Grant any other relief the Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05,15 , 20 25 .

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff Yuhan lin

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Plaintiff has exhausted all available remedies with the Defendants prior to bringing this case. Plaintiff signed the agreement on April 30, 2025, and formally requested a refund on May 6, 2025, after Defendants failed to deliver core promised services. Defendants offered only a partial refund ($3,000 out of $11,350) contingent upon Plaintiff signing a non-disparagement agreement. Plaintiff rejected this coercive condition and proceeded to file pro se in federal court.

Plaintiff has preserved all relevant documentation, including emails, contracts, payment confirmations, and internal case logs, and is prepared to submit supporting exhibits at the appropriate stage.

There are no related or companion cases pending in any other court.

A full set of supporting documents will be submitted as exhibits, including the service agreement, communications with the Defendants, refund correspondence, and proof of damages.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Yuhan Lin

**(b)** County of Residence of First Listed Plaintiff: foreign
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
K Altman Law, Amelia LaFont

County of Residence of First Listed Defendant: Oakland County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: DEF ☒ 1
- Citizen or Subject of a Foreign Country: PTF ☒ 3
- Incorporated and Principal Place of Business In Another State: DEF ☒ 5

## IV. NATURE OF SUIT
- ☒ 190 Other Contract
- ☒ 360 Other Personal Injury
- ☒ 362 Personal Injury - Medical Malpractice
- ☒ 440 Other Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **28 U.S.C. § 1332 – Diversity Jurisdiction**

Brief description of cause: Legal malpractice, breach of contract, fiduciary duty violations, and fraudulent inducement relating to attorney-client relationship and disability rights litigation.

## VII. REQUESTED IN COMPLAINT:
DEMAND $: To be determined at trial
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

DATE: 
SIGNATURE OF ATTORNEY OF RECORD: 

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

**PURSUANT TO LOCAL RULE 83.11**

1.     Is this a case that has been previously dismissed?     ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :