UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YUHAN LIU,<br><br>             Plaintiff,<br>    v.<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company, and AMELIA LAFONT, an individual,<br><br>             Defendants. | Civil Action No.: 2:25-cv-11455-BRM-CI<br><br>Hon. Brandy R. McMillion |

## FIRST AMENDED DEFENDANTS' MOTION TO DISMISS

Come now Defendants The Law Office of Keith Altman ("KAltman Law") and Amelia LaFont ("LaFont") and move this honorable Court for a Motion to Dismiss. In support of said Motion, the Defendants state as follows:

1.   The Law Office of Keith Altman moves to be dismissed based on Plaintiffs, Yuhan Liu, ("Plaintiff"), failure to plead any facts, much less with specificity, as to the allegations against KAltman Law for breach of a contract, breach of fiduciary duty, legal malpractice, negligent misrepresentation and fraudulent misrepresentation between Plaintiff and KAltman Law.

2.   LaFont moves to be dismiss based on Plaintiffs failure to plead any facts, much less with specificity, as to allegation against LaFont for breach of a

1

contract, breach of fiduciary duty, legal malpractice, negligent misrepresentation and fraudulent misrepresentation between Plaintiff and LaFont.

3. Defendants contemporaneously file a Memorandum in Support of this Motion to Dismiss. All supporting facts and relevant case law are set out therein.

WHEREFORE, PREMISES CONSIDERED, Defendants move this honorable Court based on the facts, evidence and case law set out in the contemporaneously filed Memorandum in Support to Motion to Dismiss requesting dismissal on all counts so pled against them by Plaintiff, award attorneys' fees and costs, and for all justice to which they are entitled.

Dated: July 21, 2025                    Respectfully submitted,

                                        /s/ Solomon M. Radner
                                        Solomon M. Radner, Esq. (283502018)
                                        LAW OFFICE OF KEITH ALTMAN
                                        17515 Nine Mile Road, Suite 1050
                                        Southfield, MI 48075
                                        Telephone: (248) 987-8929
                                        solomonradner@kaltmanlaw.com
                                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure.

Dated: July 21, 2025                              Respectfully submitted,

*/s/ Solomon M. Radner*
Solomon M. Radner, Esq.